**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Luis A. BAEZ, Defendant–Appellant.**

**No. 10–11539**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 8, 2010.

Wifredo A. Ferrer, U.S. Attorney, Christopher J. Hunter, Assistant U.S. Attorney, Kathleen M. Salyer, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Margaret Y. Foldes, Anne M. Lyons, Kathleen M. Williams, Federal Public Defender Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Before BARKETT, HULL and WILSON, Circuit Judges.

PER CURIAM:

Margaret Foldes, appointed counsel for Luis Baez, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Baez's conviction and sentence are **AFFIRMED.**